# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Manvel Zakinyan

**Plaintiff,**

V.

Warden Otay Mesa Detention Center

**Defendant.**

Case No.  26CV0259-BTM-MSB

**REPORT OF CLERK AND ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE**

### REPORT OF CLERK PURSUANT TO LOW NUMBER RULE

Re:  "Low-Numbered Case No.:  25CV3717-JLS-MMP

Title:  Zakinyan v. Warden et al

Nature of Case:  28:2241fd Petition for Writ of Habeas Corpus (federal)

The above "low-numbered" case and the present case appear:

| | | |
|---|---|---|
| ☒ | (1) | to arise from the same or substantially identical transactions, happenings or events; or |
| ☒ | (2) | involve the same or substantially the same parties or property; or |
| ☐ | (3) | involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or |
| ☒ | (4) | call for determination of the same or substantially identical questions of law; or |
| ☒ | (5) | where a case is refiled within one year of having previously been terminated by the Court; or |
| ☒ | (6) | for other reasons would entail unnecessary duplication of labor if heard by different judges. |

**New Case #:**  26CV0259-JLS-MMP

This case was transferred pursuant to the Low-Number Rule. The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

**John Morrill**, Clerk of Court,

Dated:  2/9/26

By:  s/ J. Petersen

J. Petersen, Deputy

### ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1, Transfer of Civil Cases under "Low-Number" Rule.

Dated:  2/9/26

Janis L. Sammartino
United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the Low-Number Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge Janis L. Sammartino and Magistrate Judge Michelle M. Pettit for all further proceedings.

Dated:  2/9/26

Barry Ted Moskowitz
United States District Judge